IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EUGENE WILBORN,

  Plaintiff,         JUDGMENT IN A CIVIL CASE

 v.             Case No.  13-cv-661-jdp

KRAFT FOODS GROUP, INC.,

  Defendant.

  This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kraft Foods Group, Inc. granting its motion for summary judgment.

| s/ R.Plender, Deputy Clerk | 11/26/2014 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |